Ballou
District Judge
Assign. by Clerk's Ofc.

Sargent
Mag. Referral Judge
Assign. by Clerk's Ofc.

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

OCT 16 2023

LAURA A. AUSTIN, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF VIRGINIA

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Thomas Robert Craig, Jr.
Plaintiff full name

1031138
Inmate No.

v.

CIVIL ACTION NO. 7:23CV656
(Assigned by Clerk's Office)

Mr. Thompson (RNCB)
Defendant(s) full name(s)

*************************************************************

A. **Where are you now?** Name *and* address of facility  Bland Correctional Center
256 Bland farm road Bland, VA 24315

B. Where did this action take place? Medical

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes   __*__ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

__*__ Yes   _____ No

1. If your answer is Yes, indicate the result:
3/17/23 The provider has not odered a followup visit

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

3/16/23 xrays show broken bones in my hand 3/17/23 Lab/xray/proce-dure ############### is within normal limits. and/or clinically insignificant. (see attached 1 & 2)

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

Negligence; Failure to xxxxxx provide proper treatment was cruel and unusual punishment under Va.const.art.I 9

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Compensatory damages, pain and suffering, and punitive damages.

G. If this case goes to trial, do you request a trial by jury? Yes _*_ No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

SIGNATURE: _____ Date 6-29-23

VERIFICATION:
I, Thomas Craig _____, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

SIGNATURE: _____ Date: 6-29-23

* See Attachments.

## CERTIFICATE OF SERVICE

I _Thomas Craig L_, DO HEREBY CERTIFY THAT ON THIS _6th_ DAY OF _Sept_, 20_23_, I DEPOSITED THE FOREGOING PETITION INTO THE PRISON MAIL SYSTEM AT BLAND CORRECTIONAL CENTER TO THE CLERK OF COURT BY WAY OF THE UNITED STATES POSTAL SERVICE FOR FILING, AND HAVE MAILED A COPY TO THE _Clerk office_.

_210 Franklin Road, SW, Suite 540_
_Roanoke, Va. 24011-2208_

_T Craig L_ (signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS _6th_ DAY OF _September_, 20_23_.

MY COMMISSION EXPIRES: _04-30-2026_

_8027509_
_Davis Hancock Jarrell Jr_
NOTARY PUBLIC

DAVIS HANCOCK JARRELL JR.
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 8027509
My Commission Expires 04/30/2026

Thomas R. Craig, Jr. #1031138
Bland Correctional Center
256 Bland Farm Rd.
Bland, Va. 24315

Cla[r

I ha
for the w
210 f
Roano

RECEIVED
OCT 12 2023
BLAND CORRECTIONAL CENTER



K's Officer:

United States District Court
Eastern District of Virginia
Franklin Road, Suite 540
ke, VA.
            24011-2208