CRAIG, THOMAS ROBERT 04/08/1963 H/60
Acct:J41008491370 URN:J110463 Admin:05/02/23 000154109
PRC SPC Gray,Kenneth W MD
Case 7:23-cv-00656-RSB-JWS Document 1 Filed 10/16/23 Page 1 of 28 Pageid#: 6

[Detach here]

## PART C- RECEIPT                     Log #: 257-03

Craig                 Thomas           103183    BCC        ITN 5B
Offender Last Name     First          Number   Facility    Building-Cell-Bed

I acknowledge receipt of this complaint from the above offender. [Complete and issue to offender if taking from their presence for response.]

5/17/23    9:15am           Thomas                        Thomas   C/o
Date/Time              Recipient's Signature (Staff Member)      Name/Title Printed

**VIRGINIA DEPARTMENT OF CORRECTIONS**                     Revision Date: 9/3/20

Distribution: Original returned to Offender, Copy forwarded to Institutional Ombudsman
[Detach here]

## PART C- RECEIPT                     Log #: 22525

Craig JR          Thomas        #1031135   BLCC       1B5 - 15 B
Offender Last Name     First          Number   Facility    Building-Cell-Bed

I acknowledge receipt of this complaint from the above offender. [Complete and issue to offender if taking from their presence for response.]

3-28-2023   10:50am        OTR                    F. Nunley
Date/Time              Recipient's Signature (Staff Member)      Name/Title Printed

**VIRGINIA DEPARTMENT OF CORRECTIONS**                     Revision Date: 9/3/20

Distribution: Original returned to Offender, Copy forwarded to Institutional Ombudsman
[Detach here]

## PART C- RECEIPT                     Log #: 21532

Craig             Thomas          103138     BCC        1B5- 15B
Offender Last Name     First          Number   Facility    Building-Cell-Bed

I acknowledge receipt of this complaint from the above offender. [Complete and issue to offender if taking from their presence for response.]

3-28-23   12:20 PM                          c/o Hudgins
Date/Time              Recipient's Signature (Staff Member)      Name/Title Printed

**VIRGINIA DEPARTMENT OF CORRECTIONS**                     Revision Date: 9/3/20

Distribution: Original returned to Offender, Copy forwarded to Institutional Ombudsman
[Detach here]

## PART C- RECEIPT                     Log #: 3112

Craig             Thomas          1D31183    BCC        ITN 5B
Offender Last Name     First          Number   Facility    Building-Cell-Bed

I acknowledge receipt of this complaint from the above offender. [Complete and issue to offender if taking from their presence for response.]

5/17/23    10:30am          Thomas                        Thomas   C/o
Date/Time              Recipient's Signature (Staff Member)      Name/Title Printed

**VIRGINIA DEPARTMENT OF CORRECTIONS**                     Revision Date: 9/3/20



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**                    Laboratory/Diagnostic Test(s) Results  720_F35_9-21

## Laboratory/Diagnostic Test(s) Results

Date:

To:  Craig Thomas #1031138    SmB A-3
(Print Inmate/CCAP Probationer/Parolee Name and DOC #)

From:  Medical Department

Subject:  Laboratory/Diagnostic Test(s) Results

Please be advised that your recent laboratory/diagnostic test(s) have been received and reviewed by the facility Medical Practitioner and the following has been recommended for your continued care:

☐ Lab/x-ray/procedure is within normal limits and/or clinically insignificant. The Provider has not ordered a follow up visit.

☐ Lab/x-ray/procedure will require further testing/monitoring. You are scheduled to see the Provider.

☐ Lab/x-ray/procedure ordered during your chronic care visit will require monitoring. The Provider has ordered repeat/additional testing prior to your next chronic care appointment.

Xrays show broken bones in your hand.
You are being referred to orthopedics

Medical Staff (Print Name)                                                    Date

Medical Staff (Signature)          ≤Muthere  3/16/23/1145/

CC to inmate
03/16/23





**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**      Laboratory/Diagnostic Test(s) Results  720_F35_9

# Laboratory/Diagnostic Test(s) Results

**Date:** 3/17/23

**To:** Craig, thomas      #1031138      IBS-15B

(Print Inmate/CCAP Probationer/Parolee Name and DOC #)

**From:** Medical Department

**Subject:** Laboratory/Diagnostic Test(s) Results

Please be advised that your recent laboratory/diagnostic test(s) have been received and reviewed by the facility Medical Practitioner and the following has been recommended for your continued care:

☑ Lab/x-ray/procedure is within normal limits and/or clinically insignificant. The Provider has not ordered a follow up visit.

☐ Lab/x-ray/procedure will require further testing/monitoring. You are scheduled to see the Provider.

☐ Lab/x-ray/procedure ordered during your chronic care visit will require monitoring. The Provider has ordered repeat/additional testing prior to your next chronic care appointment.

Kevin L. Frix, M.D.

**Medical Staff (Print Name)**                                          3/21/23

**Medical Staff (Signature)**                                            **Date**

3/21/23 Inmate
copy to Inmate

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_10-20

## Regular Grievance

Log Number: _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.

  APR 10 2023

- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the decision.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

| | | |
|---|---|---|
| CRAIG, Sr. Thomas | 1031138 | 1ST-B-7 |
| Offender Name (Last Name, First) | Offender Number | Housing Assignment |

Medical

Individuals Involved in Incident:

4-6-2023 / 10:43 a—

Date/ Time of Incident

**Results of the Informal Complaint Process** (Select one of the below)

- [ ] *Written Complaint* on this issue attached
- [ ] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

**Explain Your Issue:**   (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

I am growing very "concerned" over the treatment process with my Right hand, I'm being told I'll see the ortho and this has gone on Since 3-16-2023. I have was an inmate with Similar issues with his hand and his injury was approxily to week & over pt'o time his has seen the ortho & been treated I have not seen one Yet! And my injuries has (open) wound's As well As possible broken bones, You Could Clearly See bone Sticking through the first joint on my Ring finger. Since the injury I've had X Rays And there is indications of Broken bones, So why is it taking So long for me to recieve proper medical treatment? by the time you get around to it It'll be healed and disfigured, As it is becoming now.

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

_____

_____

_____

_____

J. Craig

Offender Signature

4-6-2023

Date

DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_10-20

**Intake Decision:**  (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s))

☐ **Non-Grievable:**
- ☐ Disciplinary hearing decisions, penalties and/or procedural errors
- ☐ Regular Grievance Intake Decisions
- ☐ Limitation Decisions
- ☐ State and Federal laws, regulations, and court decisions
- ☐ Policies, procedures, and decisions of other agencies
- ☐ Issues yet to occur
- ☐ Beyond the control of the Department of Corrections

☐ **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally.

☐ **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit.

☒ **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot.

☐ **Repetitive:** You submitted this issue previously on *Regular Grievance* #

☐ **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group.

☐ **Photocopy/Carbon Copy:** You did not submit the original grievance documents.

☒ **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue.

☒ **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault).  You must provide the following information within 5 days before the grievance can be processed:

☐ **Request for Services:**

Institutional Ombudsman Signature: *M. Adams*     Date: *4/3/23*

**Appeal of Intake Decision**

(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

☐ The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure*.

☐ The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response.

☐ The intake decision is being returned to you because the 5-day time limit for review has been exceeded.

Regional Ombudsman Signature     Date

**Withdrawal of Grievance:**

I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

Offender Signature: _____     Date: _____

Staff Witness: _____     Date: _____

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_10-20

## Regular Grievance

Log Number: _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

APR 10 2023

| CRAIG, Jr. Thomas L | 1031138 | ITS-B-7 |
|---|---|---|
| Offender Name (Last Name, First) | Offender Number | Housing Assignment |

Medical _____ 3-11-23 / Approx 9:00p
Individuals Involved in Incident:                              Date/ Time of Incident

**Results of the Informal Complaint Process** (Select one of the below)
- [x] *Written Complaint* on this issue attached
- [ ] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

My fingers Are miss shaped And I may not be able to use them properly if they are not treated in a timely + Adequate fashion. I've been told I'd see the "outside" Team, it's been almost one month now my hand have not gotten any better, it's healing back not correctly and has blisters on it. Changing the bandage everyday but giving it proper treatment, the breaks or fractures needs to be treated as such because if you let it completely heal untreated I will have mobility issues + such with it. Also, it will be deformed, because the fingers already ARE abnormal looking + miss shaped!

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

_____

_____

_____

_____

_____

Offender Signature                                        Date

Virginia
DEPARTMENT OF CORRECTIONS
                                                              **Regular Grievance** 866_F1_10-20

**Intake Decision:**  (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s))

| | |
|---|---|
| ☐ | **Non-Grievable:**<br>☐ Disciplinary hearing decisions, penalties and/or procedural errors<br>☐ Regular Grievance Intake Decisions<br>☐ Limitation Decisions<br>☐ State and Federal laws, regulations, and court decisions<br>☐ Policies, procedures, and decisions of other agencies<br>☐ Issues yet to occur<br>☐ Beyond the control of the Department of Corrections |
| ☐ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance* # |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☑ | **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process.  You must first submit a *Written Complaint* on this issue. |
| ☑ | **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault):  You must provide the following information within 5 days before the grievance can be processed: _____ |
| ☐ | **Request for Services:** |

Institutional Ombudsman Signature _~N. Adams~_                  Date _4/13/23_

**Appeal of Intake Decision:**
(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure*. |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☐ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

Regional Ombudsman Signature                                    Date

**Withdrawal of Grievance:**
I wish to voluntarily withdraw this grievance.  I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance.  I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

**Offender Signature:** _____   **Date:** _____

**Staff Witness:** _____   **Date:** _____



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_10-20

# Regular Grievance

RECEIVED
APR 14 2023

Log Number: _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance.*
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.   $LTN$
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

| | | |
|---|---|---|
| CRAIG, Sr. T. Lomal | 1031138 | 1ST-B-58 |
| **Offender Name (Last Name, First)** | **Offender Number** | **Housing Assignment** |
| Medical Dept | 3-11-23    / Approx 9pm | |
| **Individuals Involved in Incident:** | **Date/ Time of Incident** | |

**Results of the Informal Complaint Process** (Select one of the below)

- [ ] *Written Complaint* on this issue attached
- [ ] Other documentation used to satisfy the informal complaint process is attached
- [x] Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

I have written at least 3/4 complaint Concerning my issues over the way my medical needs has been handled dealing with the injuries on my right hand, So far thay (the Grievance) has been ignored and I is yet recieve the Correct treatment required for the type of injury I have. I'se had my family & friends Call & you'se told them the Same Story, "I'm Scheduled "to See the 'ortho' Soon, the days has turned into weeks, And the week into a month now? Do I need to have my family Attorney Can Need And file a different type of Complaint, if So I'se have him Can Starting monday 4-12-23, this have gone on for too long for the type of injury I have. Need I'se have to have my finger amputated as did the inmate did last month.

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

Please Give my medical Need the proper Attention thay require And Stop guessing what you think is adequate & Right. Let the 'ortho' See me in a rational timely fashion And fix this medical problem So I Can go on And heal up properly & those Normal life thereAfter — Thank You

___Signature___                                    4-13-23
**Offender Signature**                              **Date**

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_FI_10-20

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s))

| | |
|---|---|
| ☐ | **Non-Grievable:**<br>☐ Disciplinary hearing decisions, penalties and/or procedural errors<br>☐ Regular Grievance Intake Decisions<br>☐ Limitation Decisions<br>☐ State and Federal laws, regulations, and court decisions<br>☐ Policies, procedures, and decisions of other agencies<br>☐ Issues yet to occur<br>☐ Beyond the control of the Department of Corrections |
| ☐ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance #* |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☒ | **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue. |
| ☒ | **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: *Please allow staff an opportunity to respond to your complaints If you disagree with the response, resubmit.* |
| ☐ | **Request for Services:** |

Institutional Ombudsman Signature _M. Adams_   Date _4/17/23_

**Appeal of Intake Decision**
(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)
   **Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure*. |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☐ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

Regional Ombudsman Signature _____   Date _____

**Withdrawal of Grievance:**
I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

Offender Signature _____   Date: _____

Staff Witness: _____   Date: _____

VIRGINIA
DEPARTMENT OF CORRECTIONS

Written Complaint 866-F3 6-21

RECEIVED

JUN 2 1 2023

Bland Correctional Center

## Written Complaint

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint.*
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint.*
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation

| Thomas M. Craig. | 1031138 | 35-B22 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

Individuals Involved in Incident: _Medical — Mrs Craig_    Date/ Time of Incident: _6-18-23 / approx 6:30p_

**TO:** _Warden / Ms. Mccad_
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

I was notified by Mrs. Craig today that I will no longer be treated. My treatment has been discontinued, I normally report to medical for "dressing change" each day at 5 p.m. because I have stitches and pins in my right 4th and 5th fingers. Dr. Gray advised medical to keep splinted and to keep the dressing clean. Now I'm told it can now no longer be done — why not?

Offender Signature: _J. Craig_    Date: _6-18-23_

**Offenders – Do Not Write Below This Line**

Date Received: _6/21/23_    Response Due: _7/6/23_    Log Number: _BCC-23-INF-00276_

Assigned to: _Medical_

**Action Taken/Response:**

You Are being seen by medical And receiving dressing changes

Respondent Signature: _____    Printed Name and Title: T Thompson, RNE B    Date: 6-29-23

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

VIRGINIA
DEPARTMENT OF CORRECTIONS

Written Complaint 866_F3_6-21

## Written Complaint

JUN 2 1 2023

Grievance Office

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this Written Complaint.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint.*
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Thomas L. Craig, II _____ 1031188 _____ 3S B22
Offender Name                    Offender Number                Housing Assignment

Medical/Thompson _____ 6-20-23 / 4:50 pm
Individuals Involved in Incident                    Date/ Time of Incident

**TO:** Warden MRS. Rae
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

It's been 72 hrs now that I've gone without having my dressing changed or my hand cleaned. I have stitches and pins in my Right hand.

Offender Signature: J. Craig                                    Date: 6-20-23

**Offenders – Do Not Write Below This Line**

Date Received: 6/21/23          Response Due: 7/6/23     Log Number: BCC-23-INF-002777

Assigned to: Medical

**Action Taken/Response:**

You are being seen by medical and receiving dressing changes

Respondent Signature                    T Thompson, RNCB          6-29-23
                                        Printed Name and Title          Date

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this written complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____          Date: _____

Staff Witness: _____          Date: _____



VIRGINIA **Written Complaint** 866_F3_6-21
DEPARTMENT OF CORRECTIONS

## Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

RECEIVED
APR 10 2023
Bland Correctional Center
Grievance Office

Thomas L. Craig, II     103L638          ITS - B - 7
Offender Name       Offender Number              Housing Assignment

Medical                          4-6-23 / 1:05 pm
Individuals Involved in Incident                      Date/ Time of Incident

TO: Mr. Thompson    medical Dept.
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

I've asked many times since 3-11-23 what will be done about my Right hand you've told me I'm Scheduled to see the "ortho", I have been patient up to a point this has gone on for too long to be considered Adequate or timely medical treatment If in fact there is a break or fracture in my fingers, which is most likely the case Since the bones in my ring finger was visible, At this point it has healed or Attempted to heal, which will result in it healing wrong As you Can See from the shape of both fingers. How do you plan on Correcting this mistake?

Offender Signature: J Craig Jr         Date: 4-6-23

**Offenders - Do Not Write Below This Line**

Date Received: 4/10/23    Response Due: 4/25/23    Log Number: BCC-23-WF-00156

Assigned to: Mr. Thompson

**Action Taken/Response:**

Your appointment has been scheduled.

Respondent Signature          Printed Name and Title          4/14/23
                                                              Date

## Withdrawal of Complaint:

I wish to voluntarily withdraw this written complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____     Date: _____

Staff Witness: _____          Date: _____

VIRGINIA
DEPARTMENT OF CORRECTIONS

Written Complaint 866_F3_6-21.

## Written Complaint

RECEIVED
APR 10 2023
[illegible] Correctional Center
Grievance Office

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint.*
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint.*
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Thomas R. Craig Jr.   1031138
Offender Name        Offender Number

medical
Individuals Involved in Incident

IST-B-7
Housing Assignment

3/16/23 / appror 11:44 pm
Date/Time of Incident

**TO:** Medical Dept — mr.Thompson
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

I have a serious injury to my Right Hand, my Ring finger and my pinkie finger is grossly miss shaped, most likely Broken, because the ring finger was showing the bone at the first joint at the time of injury, the tip was glued together. And X rays showed possible "breakage" in both finger's. I was scheduled to see the ortho on the 16th march 2023; I am very concerned because, (1) why the delay, (2) there was an inmate (who injured his hand weeks after me and he has been treated already seen the ortho and all.

Offender Signature: J. Craig, Jr. 1031138        Date: 4-6-2023
Offenders - Do Not Write Below This Line

---

Date Received: 4/10/23        Response Due: 4/25/23        Log Number: BCC-23-INF-00154

Assigned to: Mr. Thompson

**Action Taken/Response:**

Your appointment with ortho is scheduled

Respondent Signature

Printed Name and Title        4/14/23        Date

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____        Date: _____

Staff Witness: _____        Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS

VIRGINIA
DEPARTMENT OF CORRECTIONS

Written Complaint 866_F3_6-21

## Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

RECEIVED
APR 10 2023
Bland Correctional Center
Grievance Office

Thomas R. Craig Jr.          1031138
Offender Name          Offender Number

Medical Dept
Individuals Involved in Incident

LTS - B7
Housing Assignment

4-6-23 / 11:08 am
Date/ Time of Incident

TO: Mr. Thompson
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

I've had family + friends call about my injury, you say I'm Exaggerating" as to the over all shape and look of the injury on the finger, on the Ring finger bone was showing, your CNP had to glue it back together, X Rays shows possible breakage, since I've yet to see a Specialist (ORTHO) or any one to determine how much damage was/is done: Nerve, tendon etc, we can only guess and hope. At this point if there is damage done it is almost beyond repair because you have waited so long to have it properly taken care of.

Offender Signature: J. Craig   1031138          Date: 4-6-23

**Offenders – Do Not Write Below This Line**

Date Received: 4/10/23          Response Due: 4/25/23          Log Number: BCC-23-INF-00155

Assigned to: Mr. Thompson

**Action Taken/Response:**

Your appointment with ortho has been scheduled

Respondent Signature          Printed Name and Title          Date
4/14/23

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this written complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____          Date: _____

Staff Witness: _____

Facility Request 801_F3_2-22

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: _Thomas L. Croft Jr._   DOC Number: _1031138_

Housing Unit _1 N1 BB_   Date: _05-16-23_

To: _Ms. Robinson_   or   _medical_
   Staff Member Name   Department

Request For: ☐ Appointment  ☑ Information  ☐ Services  Other: _____

Summary (Please Print): How much longer do I have to march "Splints" for my fingers? The doctor (Mr. Gray) Requested after surgery that I have my hand in a Splint to protect it, because there are pins in my fingers. But for we have had to use make-shift splints which aren't as effective as Splints made for the purpose of which they're designed for. I've asked to be notified & I've asked several times. No one seems to know, when or why I'm not being going what's needed. You can threaten to write me up for coming to medical & asking about this - but you can't answer why I don't have them

Do not attach additional pages and do not write below this line

RECEIVED   MAY 18 2023

### Facility Response

Request sent to correct department ☑ Yes  ☐ No

Request was rerouted to: _____

Inmate seen ☐ Yes  ☑ No

Response: You were charged for being in an unauthorized area. You can't just walk to medical without being called for

_____

Staff Respondent Name

_5-18-23_
Date of Response

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_10-20

APR 1 4 2023

Bland Correctional Center
Grievance Office

### Regular Grievance

Log Number: _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

ITN

| CRAIG, Jr. Thomas | 1031138 | ITS B-5B |
|---|---|---|
| Offender Name (Last Name, First) | Offender Number | Housing Assignment |

| Medical Dept. | 3-11-23 / 9:00 p |
|---|---|
| Individuals Involved in Incident: | Date/ Time of Incident |

**Results of the Informal Complaint Process** (Select one of the below)

- ☐ *Written Complaint* on this issue attached
- ☐ Other documentation used to satisfy the informal complaint process is attached
- ☑ Informal complaint process is not required for this issue

**Explain Your Issue:**  (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

I injuried my Right hand, and had to recieve immediate medical treat on 3-11-23, the ring finger had bone showing at the first joint the pinkie finger is disfigured and has bruising, the CNP had to glue the tip of my Ring because as stated (above) the skin has slipped or split open & bone was visiable. I had x-rays & it was determined that was (is) fractures & possible broken bones in both fingers; So I was Notified that I would an ortho "Shortly", as I said before it's been over 30 days; there if and when I do get the proper treatment for these injuries, it's going to healed impropper improperly & I'm more then likely have to have them rebroken & have some type of Corrective Surgery. Why is this not being treated as it should be? This is my 3rd or 4th grievance as this matter the other one has been ignored.

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

I need to be treated, & seen by the "ortho" so he can determine what is the best way to fix the injuries I have, And I'd like to be seen by him in a timely rational fashion.

| ~~signature~~ T. Craig Jr | 4-13-23 |
|---|---|
| Offender Signature | Date |

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1 10-2

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reasons:

| | |
|---|---|
| ☐ | **Non-Grievable:** |
| | ☐ Disciplinary hearing decisions, penalties and/or procedural errors |
| | ☐ Regular Grievance Intake Decisions |
| | ☐ Limitation Decisions |
| | ☐ State and Federal laws, regulations, and court decisions |
| | ☐ Policies, procedures, and decisions of other agencies |
| | ☐ Issues yet to occur |
| | ☐ Beyond the control of the Department of Corrections |
| ☐ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance #* |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☑ | **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue. |
| ☑ | **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault).  You must provide the following information within 5 days before the grievance can be processed: _Please allow staff to respond to your complaints. If you disagree with the responses, resubmit_ |
| ☐ | **Request for Services:** |

M. Adams                                                    4/17/23
_____        _____
**Institutional Ombudsman Signature**                **Date**

**Appeal of Intake Decision**
(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)
  **Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure*. |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☐ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

_____        _____
**Regional Ombudsman Signature**                      **Date**

**Withdrawal of Grievance:**
I wish to voluntarily withdraw this grievance.  I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance.  I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

**Offender Signature:** _____   **Date:** _____

**Staff Witness:** _____   **Date:** _____

VIRGINIA
DEPARTMENT OF CORRECTIONS

RECEIVED

**Written Complaint** 866_F3_6-21

RECEIVED Written Complaint

JUN 07 2023
BLAND CORRECTIONAL CENTER

RECEIVED
MAY 18 2023

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly.
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

RECEIVED
MAY 2 2 2023
Bland Correctional Center
Grievance Office

| Thomas L. Craig L | | I-NT B-B5 |
| Offender Name | Offender Number | Housing Assignment |
| Medical - Dept Mr. Thompson | | 5-17-23 / 10:55 pm |
| Individuals Involved in Incident | | Date/Time of Incident |

TO: Mr. Thompson
(You must address your issue to institutional staff or an institutional department)

In the space provided explain your issue (be specific):

it doesn't do me Any good to have my fingers Cleaned every day only to have it HEAL incorrectly because you Are Cutting Corners and using equipment that is not designed to be used post-Surgery, Tongue Suppressors Are not designed to be used on broken bones, they do not offer Stability nor do they offer alot of protection. I will have my family Call you & let you explain to them how this affective medical treatment, As well As my Attorney, As soon as I receive your response to this written Complaint

Offender Signature: J. Craig                    Date: 5-17-23

**Offenders – Do Not Write Below This Line**

Date Received: _____ Response Due: _____    Log Number: BCC-23-INF-208

Assigned to: _____

**Action Taken/Response:**

_____

_____

_____

_____

_____

_____

Respondent Signature          Printed Name and Title          Date

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS          Revision Date: 6/21/21

VIRGINIA
DEPARTMENT OF CORRECTIONS

*Page Three* RECEIVED 866_F3_6-21

## Written Complaint

RECEIVED

MAY 2 2 2023

Bland Correctional Center

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly.
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.  JUL 7 2023
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.  BLAND CORRECTIONAL CENTER

| | | |
|---|---|---|
| *Thomas R. Craig, I.* | # *1031138* | *INT B-B5* |
| Offender Name | Offender Number | Housing Assignment |
| *Ms. Robinson / Mr. Thompson* | | *5-18-23 / 10:55 am* |
| Individuals Involved in Incident | | Date/ Time of Incident |

TO: *Medical Dept*
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

*I have asked you about using a splint(s) on my fingers that "work" & you've continually denied me, why do you feel that this "night shift" one serves the purpose?! it offers little to none protection and isn't very effective towards keeping the pins safe. Please do the right thing and put the right splint on my finger ones that are made for such purpose. Tongue suppressors are uncomfortable and do not offer any protection for the pins or fingers*

Offender Signature: *T. Craig I.   1031138*          Date: *5-18-23*

**Offenders – Do Not Write Below This Line**

| Date Received: | Response Due: | Log Number: *BCC-23-INF-00208* |
|---|---|---|

Assigned to:

**Action Taken/Response:**

Respondent Signature                    Printed Name and Title                    Date

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this written complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____     Date: _____

Staff Witness: _____     Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS          Revision Date: 6/21/21



Virginia Department of Corrections

## Grievance Receipt

DOC Location: BCC Bland Correctional Center
Report generated by Adams, N M
Report run on 05/24/2023 at 05:15 PM

Grievance Number: BCC-23-INF-00208

Next Action Date: 06/06/2023 12:00 AM

| On this date: | 05/22/2023 | | I have received a statement from: | |
|---|---|---|---|---|
| | | | Bland Correctional Center | |
| Craig, Thomas R Jr. | 1031138 | of | SMB-A-3-B | |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* | |

Setting out the following complaint:

Medical – "How do you consider 'tongue suppressors' adequate or effective medical equipment to use on broken bones...the make-shift splint are not offering much for the desired purpose...It doesn't do me any good to have my fingers cleaned every day only to have it heal incorrectly because you are cutting corners and using equipment that is not designed to be used post-surgery...(tongue suppressors used as splints) do not offer stability nor do they offer a lot of protection.  I will have my family call you and let you explain to them...as well as my attorney, as soon as I received your response to this written complaint...please do the right thing and put the right splint on my finger, ones that are made for such purpose.  Tongue suppressors are uncomfortable and do not offer any protection for the pins or fingers."

| N. Adams | HRA |
|---|---|
| *(Signature)* | *(Title)* |

✗ June 16th 2023

Approx 1y 6:30pm, I reported to medical as I do for a "dressing Change", was told by Dr. Gray to keep my hand Splinted until he remove the pins & to keep the dressing Clean & dry. I was told today I was no longer to come to medical for this, because the doctor did not request for it to be done. This is the 3rd time I've had to deal with the type of behavior from the medical dpt here at Bland. I still have Stitches & pins in my 4th & 5th fingers of my Right hand.

11:37am  June 22nd Still have not Seen medical or had dressing Changed—or Cleaned! 5:10pm, At approxiy 4:45pm I we

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Facility Request** 801_F3_2-22

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: _Thomas R Craig, Jr_    DOC Number: _1034138_

Housing Unit _____ ITN 05-B    Date: _5-14-23_

To: _MRs. Tilly / mr. Thompson_    or    _Medical_
      Staff Member Name                              Department

Request For:  ☐ Appointment   ☒ Information   ☐ Services   Other: _____

Summary (Please Print): _MAy I please get a Complete Copy of my medical files?_

_Thank you_

_TC_

### Do not attach additional pages and do not write below this line

## Facility Response

Request sent to correct department ☒ Yes ☐ No          Date _____

Request was rerouted to: _____

Inmate seen ☐ Yes ☒ No

Response: _Copies of records cost 10¢ per page if not within 90 days of release. Let me know if you still want them._

_JCope_          _5/15/23_
Staff Respondent Name          Date of Response



Virginia Department of Corrections

**Grievance Receipt**

DOC Location: BCC Bland Correctional Center
Report generated by Adams, N M
Report run on 06/22/2023 at 05:43 PM

Grievance Number: BCC-23-INF-00276

Next Action Date: 07/06/2023 12:00 AM

| On this date: | 06/21/2023 | | I have received a statement from: |
|---|---|---|---|
| | | | Bland Correctional Center |
| Craig, Thomas R Jr. | | 1031138 | of 3-S-22-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

Medical - "I was notified by Mrs. Craig today that I will no longer be treated. My treatment has been discontinued. I normally report to Medical for 'dressing change' each day at 5 p.m. because I have stitches and pins in my right 4th and 5th fingers. Dr. Gray advised Medical to keep splinted and to keep the dressing clean. Now I'm told it will no longer be done. Why not?"

| | |
|---|---|
| *(Signature)* | *(Title)* |

VIRGINIA
DEPARTMENT OF CORRECTIONS

*Page One*

Written Complaint 866_F3_6-21

RECEIVED
MAY 18 2023

**Written Complaint**

RECEIVED
JUN 07 2023

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment when the informal complaint process is satisfied by other documentation.

RECEIVED
MAY 22 2023
Grievance Office

| | | |
|---|---|---|
| *Thomas R. Conick* | 1031138 | INF B-05 |
| Offender Name | Offender Number | Housing Assignment |

5-17-23 / 10:34 pm
Date/ Time of Incident

Individuals Involved in Incident

TO: __Medical Dept Mr. Thompson__
**(You must address your issue to institutional staff or an institutional department)**

In the space provided explain your issue (be specific):

_How do you Consider "Tongue Suppressor's" Adaquete or effective medical equipment to use on broken bones, with pins, &having just had major surgery on my hand. I've requested that my fingers be properly splinted for protection & stability. The make-shift Splint are not offering much for the desired purpose._

| | | |
|---|---|---|
| Offender Signature: *J-City 9* 1631138 | Date: 5-17-23 | |

**Offenders – Do Not Write Below This Line**

Date Received: ~~5-18-~~ 5/22/23   Response Due: 6/6/23   Log Number: BCC-23-INF-00208

Assigned to: __Medical__

**Action Taken/Response:**

_You Are receiving Appropriate medical treatment_

| | | |
|---|---|---|
| Respondent Signature | Thompson RNCA | 6-6-2023 |
| | Printed Name and Title | Date |

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

| | | |
|---|---|---|
| Offender Signature: | | Date: |
| Staff Witness: | | Date: |

VIRGINIA DEPARTMENT OF CORRECTIONS

Revision Date: 6/21/21

VIRGINIA
DEPARTMENT OF CORRECTIONS

Emergency Grievance  866_F4_9-20

## Emergency Grievance    Log # 3112

The emergency grievance process provides a method for offender reporting and expedited staff responses to situations or conditions that may subject the offender to an immediate risk of serious personal injury or irreparable harm to include alleged sexual abuse or sexual harassment and/or allegations that an offender is subject to a substantial risk of imminent sexual abuse.

CRAIG    Thomas R.    1031138    Bland    INT-B-5B
Offender Last Name    First    Number    Facility    Building-Cell/Bed

### Part A - Offender Claim

**In the space provided explain your emergency (be specific):** The Tongue Suppressors does not offer much Stability or protection. Each morning I get up out of bed I am in pain because I have either bumped my hand in my Sleep or Rolled over on it. As I've asked before why Am I Subjected to having "minco-Shift" Medical Equipment after having to endure months of pain, going through over 3½ months of not having the proper medical treatment, then having to have Surgery. 5-17-23, 10:30am  J. Craig. 1031138
Date/Time                              Offender Signature and Number

### PART B - Staff Response

**(The below section is to be completed by designated staff.  The response must be returned to the offender within eight-hours or sooner, when necessary to protect the offender from serious personal injury or irreparable harm)**

☐ **(PREA)** Your grievance regarding an alleged incident of sexual abuse or sexual harassment was referred for investigation.  The Facility Unit Head and PREA Compliance Manager have been notified.

☐ **(Emergency)** Your grievance has been determined to be an emergency and the following action has been taken:
  ☐ Sent to Hospital: Date/Time Transported _____ / _____    ☐ Other  (Provide detailed explanation below)

_____

_____

☑ **(Non-emergency)** Your grievance does not meet the definition of an emergency, because the information provided does not indicate that you are subject to an immediate risk of serious personal injury or irreparable harm.  You should address your issue as follows:

☐ Submit Written Complaint          ☐ Evaluated by Medical: Date Seen  _____
☐ Submit Sick Call Request          ☐ Send an Offender Request To:  _____
☐ Submit Request to Dental          ☑ Other (Provide detailed explanation below)  _____

This is not an emergency as defined Above

5/17/23    528pm                H. Maney              H. Maney
5-17-23   230p                                        T. Thompson   RNCB
Date/Time              Respondent Signature                Name/Title Printed



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Emergency Grievance** 866_F4_9-20

## Emergency Grievance   Log # __23785__

The emergency grievance process provides a method for offender reporting and expedited staff responses to situations or conditions that may subject the offender to an immediate risk of serious personal injury or irreparable harm to include alleged sexual abuse or sexual harassment and/or allegations that an offender is subject to a substantial risk of imminent sexual abuse.

_CRAIG Thomas_ _____ _1031138_ _Blood-medical_ _INT-B-58_
Offender Last Name          First          Number          Facility          Building-Cell/Bed

### Part A - Offender Claim

In the space provided explain your emergency (be specific): I had surgery on my fourth and fifth fingers on 5-2-23. Dr. K. Gray - MD recommended that I have my two fingers in a splint, one that's designed for such a injury. Broken Bones, there are pins in both fingers, so far the only splint has been "make-shift" using Tongue suppressors, they are not very effective in protecting the fingers or the pins in them.

_05-16-03_ _1:27pm_ _J. Craig, Jr. 1031138_
Date/Time          Offender Signature and Number

### PART B - Staff Response
(The below section is to be completed by designated staff.  The response must be returned to the offender within eight-hours or sooner, when necessary to protect the offender from serious personal injury or irreparable harm)

☐ **(PREA)** Your grievance regarding an alleged incident of sexual abuse or sexual harassment was referred for investigation.  The Facility Unit Head and PREA Compliance Manager have been notified.

☐ **(Emergency)** Your grievance has been determined to be an emergency and the following action has been taken:
☐ Sent to Hospital: Date/Time Transported _____/_____   ☐ Other  (Provide detailed explanation below)

_____

_____

☒ **(Non-emergency)** Your grievance does not meet the definition of an emergency, because the information provided does not indicate that you are subject to an immediate risk of serious personal injury or irreparable harm.  You should address your issue as follows:

☐ Submit Written Complaint          ☐ Evaluated by Medical: Date Seen _____
☐ Submit Sick Call Request          ☐ Send an Offender Request To: _____
☐ Submit Request to Dental          ☐ Other  (Provide detailed explanation below) _____

You have been given appropriate medical treatment and dressing changes.

_5/17/23_ _5-17-2023_ _9:26am_ _9:44am_ _____     _____
Date/Time          Respondent Signature          T Thompson RNCB
                                                  Name/Title Printed



Virginia Department of Corrections

## Grievance Receipt

DOC Location: BCC Bland Correctional Center
Report generated by Adams, N M
Report run on 04/13/2023 at 03:46 PM

Grievance Number: <u>BCC-23-INF-00156</u>

Next Action Date: <u>04/25/2023 12:00 AM</u>

| On this date: | 04/10/2023 | | I have received a statement from: |
|---|---|---|---|
| Craig, Thomas R Jr. | 1031138 | of | Bland Correctional Center<br>1-TN-05-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

Medical / Mr. Thompson - "I've asked many times since 3/11/23 what will be done about my right hand. You've told me I'm scheduled to see the ortho. I have patient up to a point. This has gone on for too long to be considered adequate or timely medical treatment. If, in fact, there is a break or fracture in my fingers, which is most likely the case, since the bone in my ring finger was visible, at this point it has healed or attempted to heal, which will result in it healing wrong, as you can see from the shape of both fingers. How do you plan on correcting this mistake?"

| N. Adams | HRA |
|---|---|
| *(Signature)* | *(Title)* |

Virginia Department of Corrections

**Grievance Receipt**

DOC Location: BCC Bland Correctional Center

Report generated by Adams, N M

Report run on 06/22/2023 at 05:46 PM

Grievance Number: <u>BCC-23-INF-00277</u>

Next Action Date: <u>07/06/2023 12:00 AM</u>

| On this date: | 06/21/2023 | | I have received a statement from: |
|---|---|---|---|
| | | | Bland Correctional Center |
| Craig, Thomas R Jr. | 1031138 | of | 3-S-22-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

Medical – "It's been 72 hrs. now that I've gone without having my dressing changed or my hand cleaned. I have stitches and pins in my right hand."

| | | |
|---|---|---|
| *(Signature)* | | *(Title)* |

Virginia Department of Corrections

**Grievance Receipt**

DOC Location: BCC Bland Correctional Center
Report generated by Adams, N M
Report run on 04/13/2023 at 03:29 PM

Grievance Number: <u>BCC-23-INF-00154</u>

Next Action Date: <u>04/25/2023 12:00 AM</u>

| On this date: | 04/10/2023 | | I have received a statement from: |
|---|---|---|---|
| Craig, Thomas R Jr. | | 1031138 of | Bland Correctional Center 1-TN-05-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

Medical - "I have a serious injury to my right hand. My ring finger and my pinkie finger is grossly misshaped, most likely broken, because the ring finger was showing the bone at the first joint at the time of injury, the tip was glued together and X-rays showed possible 'breakage' in both fingers. I was scheduled to see the ortho on the 16th of March 2023. I am very concerned because (1) why the delay, (2) there was an inmate who injured his hand weeks after me and he has been treated already, seen the ortho and all."

| N. Adams | HRA |
|---|---|
| *(Signature)* | *(Title)* |