CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

NOV 15 2023

LAURA A. AUSTIN, CLERK
BY: /s/
  DEPUTY CLERK

**INMATE CONSENT FOR WITHHOLDING OF PAY
FOR ASSESSED FILING FEE FOR THE WESTERN DISTRICT OF VIRGINIA**

**THOMAS ROBERT CRAIG, JR.,**
Plaintiff,

Civil Action No
7:23cv00656

v.

**MR. THOMPSON,**
Defendant(s).

## CONSENT TO FEE

I, THOMAS ROBERT CRAIG, JR. #1031138, hereby consent for the appropriate prison officials to withhold from my prison account an initial payment of $23.00 and to collect on a continuing basis each month, an amount no more than 20% of each prior month's income, until such time as the filing fee of **$350.00** has been collected in full. Each time the collection of payments reaches the amount of $10.01, the Trust Officer shall forward the interim payment to the Clerk's Office, U. S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208, until such time as the fees are paid in full. <u>By executing this document, I also authorize withholding of any amount of costs, sanctions, and/or fees which may be imposed by the Court as a result of or during this litigation.</u>

I agree that if I am transferred prior to payment of the full fee, the balance owing will be reported to the new institution with directions to continue the withdrawal of funds until the entire fee is paid. Payment will continue, if necessary, after resolution of this action until the full filing fee is paid.

_____
SIGNATURE OF PLAINTIFF
DATE Nov 6th 2023

***After signing this form, I understand that I am to send it back to the Court for processing to: Clerk, U.S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208.

Thomas R. Craig, Jr. *1031138- 3BH-N-B-7
Bland Correctional Center
256 Bland Farm Rd.
Bland, Va. 24315





RECEIVED
NOV 08 2023
BLAND CORRECTIONAL CENTER

* Clerk, U.S. District Court.
210 Franklin Road, S.W. Suite 540,
Roanoke, Va. 24011-2208.

2401182209 C001